**SO ORDERED.**

**SIGNED this 23 day of April, 2013.**

_____
Randy D. Doub
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| **Christopher Dale Blaubach** | **10-03461-8-RDD** |
| **Annie Mae Blaubach** | |
| DEBTOR | CHAPTER 13 |

### ORDER OF DISMISSAL

The court finds that Christopher Dale Blaubach and Annie Mae Blaubach has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Christopher Dale Blaubach and Annie Mae Blaubach file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Christopher Dale Blaubach and Annie Mae Blaubach and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court

END OF DOCUMENT